Form odsmfapr

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 3:09−bk−14652
Chapter: 13

In Re:
   Tyrone Keyton
   717 Purdue Ave.
   West Memphis, AR 72301

Social Security No.:
   xxx−xx−2148

Employer's Tax I.D. No.:

## ORDER DISMISSING CASE FOR FAILURE TO APPEAR

This Case is before the Court upon a sua sponte review of the case file. The files and records in the above−styled case reflect that Debtor(s) failed to attend two scheduled 341(a) meeting of creditors. The Court entered a Notice of Opportunity to Respond requiring Debtor(s) to cure the deficiencies stated therein or show cause in writing and file with the Court any reason why this case should not be dismissed for failure to comply with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Debtor(s) has/have not responded within the required time. Accordingly, it is hereby ordered that the above−styled case is DISMISSED.

IT IS SO ORDERED.

Dated: 11/18/09

*/s/ Audrey R. Evans*
UNITED STATES BANKRUPTCY JUDGE